389 A.2d 688

Dzikowski, et ux., Appellants, v. Kapis, et ux., et al.

Submitted April 13, 1977. Frank A. Conte, for appellants; Samuel L. Rodgers and Michael E. Kusturiss, for appellees.

Decree affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.